DESAI LAW FIRM, P.C.
Aashish Y. Desai, Esq. (SBN 187394)
Adrianne De Castro, Esq. (SBN 238930)
3200 Bristol Street, Ste. 650
Costa Mesa, CA  92626
Telephone:  (949) 614-5830
Facsimile:   (949) 271-4190
aashish@desai-law.com
adrianne@desai-law.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD SHOOK, HERSCHEL BERRINGER on behalf of himself and all others similarly situated, and on behalf of all other "aggrieved" employees,<br><br>Plaintiffs,<br><br>v.<br><br>INDIAN RIVER TRANSPORT CO., a Florida Corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 1:14-CV-01415-WBS-BAM<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO APPEAR TELEPHONICALLY**<br><br><u>HEARING SCHEDULE</u><br><br>Date:   December 15, 2014<br>Time:   2:00 P.m.<br>Ctrm:   5<br>Judge:  Hon. William B. Shubb<br><br>Complaint Filed:  September 5, 2014 |

1

     This Court has received Plaintiffs' Request to Appear Telephonically for the hearing date of Defendant's Motion to Dismiss to the Eastern District of California, presently set on December 15, 2014 at 2:00 p.m.

     **IT IS HEREBY ORDERED** that Plaintiffs' Request to Appear Telephonically is granted.  The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated:  December 2, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE