LITTLER MENDELSON, P.C.
RICHARD H. RAHM, Bar No. 130728
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

LITTLER MENDELSON, P.C.
MICHELLE CHRISTIAN, Bar No. 186115
500 Capitol Mall, Suite 2000
Sacramento, CA 95814.4737
Telephone: 916.830.7211
Facsimile: 916.561.0828

Attorneys for Defendant
INDIAN RIVER TRANSPORT CO.

DESAI LAW FIRM, P.C.
AASHISH Y. DESAI, Bar No. 187394
ADRIANNE DE CASTRO, Bar No. 238930
3200 Bristol Street, Ste. 650
Costa Mesa, CA 92626
Telephone: 949.614.5830
Facsimile: 949.271.4190

Attorneys for Plaintiffs
TODD SHOOK, HERSCHEL BERRINGER
on behalf of himself and all others similarly
situated, and on behalf of all other
"aggrieved" employees

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD SHOOK, HERSCHEL BERRINGER on behalf of himself and all others similarly situated, and on behalf of all other "aggrieved" employees,<br><br>Plaintiff,<br><br>v.<br><br>INDIAN RIVER TRANSPORT CO., a Florida Corporation, and DOES 1-10 inclusive,<br><br>Defendant. | Case No. 1:14-CV-01415-WBS-BAM<br><br>***AMENDED*** **ORDER SETTING PRE-TRIAL AND TRIAL DATES**<br><br>Ctrm.:  5<br>Judge: William B. Shubb |

FIRMWIDE:136854217.1 081867.1002

ORDER GRANTING REQUEST TO CONTINUE PRE-TRIAL AND TRIAL DATES

The parties having presented a Stipulation to this Court, the same having been considered, and good cause therefore appearing:

IT IS HEREBY ORDERED that the trial date is continued by ninety-days to September 26, 2016, and all pre-trial deadlines are similarly extended as set forth below:

| Descriptions | Current Date | New Date |
| --- | --- | --- |
| Expert Disclosure deadline | November 6, 2015 | February 4, 2016 |
| Discovery Cut-Off | January 15, 2016 | April 15, 2016 |
| File All Motions deadline except motions for continuances, TROs or emergency applications | February 12, 2016 | May 13, 2016 |
| Pre-Trial Statements deadline | April 11, 2015 | July 11, 2016 |
| Joint Statements deadline | April 18, 2015 | July 17, 2016 |
| Final Pre-Trial Conference | April 25, 2016 | **August 1, 2016 at 1:30 p.m.** |
| Trial Date | June 28, 2016 | **October 4, 2016 at 9:00 a.m.** |

Dated:  November 10, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| 1 | Dated: November 6, 2015 | LITTLER MENDELSON, P.C. |

By: /s/ *Michelle L. Christian*
RICHARD H. RAHM
MICHELLE L. CHRISTIAN
Attorneys for Defendant
INDIAN RIVER TRANSPORT CO.

Dated: November 6, 2015            DESAI LAW FIRM, P.C.

By: /s/ *Aashish Y. Desai*
AASHISH Y. DESAI
Attorneys for Plaintiffs
TODD SHOOK, HERSCHEL BERRINGER on behalf of himself and all others similarly situated, and on behalf of all other "aggrieved" employees

Firmwide:136854217.1 081867.1002