1  LITTLER MENDELSON, P.C.
   RICHARD H. RAHM, Bar No. 130728
2  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
3  Telephone:  415.433.1940
   Facsimile:  415.399.8490
4
   LITTLER MENDELSON, P.C.
5  MICHELLE CHRISTIAN, Bar No. 186115
   BRITNEY N. TORRES, Bar No. 287019
6  500 Capitol Mall, Suite 2000
   Sacramento, CA 95814.4737
7  Telephone:  916.830.7211
   Facsimile:  916.561.0828
8
   Attorneys for Defendant
9  INDIAN RIVER TRANSPORT CO.

10 DESAI LAW FIRM, P.C.
   AASHISH Y. DESAI, Bar No. 187394
11 ADRIANNE DE CASTRO, Bar No. 238930
   3200 Bristol Street, Ste. 650
12 Costa Mesa, CA  92626
   Telephone:  949.614.5830
13 Facsimile:  949.271.4190

14 Attorneys for Plaintiffs
   TODD SHOOK, HERSCHEL BERRINGER
15 on behalf of himself and all others similarly situated,
   and on behalf of all other "aggrieved" employees
16

17                UNITED STATES DISTRICT COURT

18                EASTERN DISTRICT OF CALIFORNIA

19

20 | TODD SHOOK, HERSCHEL BERRINGER on behalf of himself and all others similarly situated, and on behalf of all other "aggrieved" employees, | Case No.  1:14-CV-01415-WBS-BAM |

Plaintiff,

**[PROPOSED] ORDER AND STIPULATION SETTING PRE-TRIAL AND TRIAL DATES**

v.

Ctrm.:   5
Judge:   William B. Shubb

INDIAN RIVER TRANSPORT CO., a Florida Corporation, and DOES 1-10 inclusive,

Defendant.

FIRMWIDE:138306340.1 081867.1002                Case No.  1:14-CV-01415-WBS-BAM

ORDER GRANTING REQUEST TO SET PRE-TRIAL AND TRIAL DATES

The parties agree and stipulate to vacate and re-set the pre-trial and trial dates in accordance with the foregoing. Having considered this Stipulation and for good cause, this Court orders as follows:

IT IS HEREBY ORDERED that the trial date is set approximately one hundred twenty days after the previously set trial date to February 1, 2017, and all pre-trial deadlines are similarly set as set forth below:

| Descriptions | Current Date | New Date |
| --- | --- | --- |
| Expert Disclosure deadline | February 4, 2016 | June 10, 2016 |
| Discovery Cut-Off | April 15, 2016 | August 22, 2016 |
| File All Motions deadline except motions for continuances, TROs or emergency applications | May 13, 2016 | September 19, 2016 |
| Pre-Trial Statements deadline | July 11, 2016 | November 15, 2016 |
| Joint Statements deadline | July 17, 2016 | November 21, 2016 |
| Final Pre-Trial Conference | August 1, 2016 at 1:30 p.m. | December 5, 2016 at 1:30 p.m. |
| Trial Date | October 4, 2016 at 9:00 a.m. | February 7, 2017 at 9:00 a.m. |

Dated: January 28, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1  The parties stipulate to the entry of the foregoing proposed order.

Dated:  January 27, 2016                     LITTLER MENDELSON, P.C.


By: /s/ *Britney N. Torres*
    RICHARD H. RAHM
    MICHELLE L. CHRISTIAN
    BRITNEY N. TORRES
    Attorneys for Defendant
    INDIAN RIVER TRANSPORT CO.

Dated: January 27, 2016                      DESAI LAW FIRM, P.C.


By: /s/ *Aashish Y. Desai*
    AASHISH Y. DESAI
    Attorneys for Plaintiffs
    TODD SHOOK, HERSCHEL BERRINGER on behalf of himself and all others similarly situated, and on behalf of all other "aggrieved" employees