UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TODD SHOOK, HERSCHEL BERRINGER on behalf of himself and others similarly situated, and on behalf of all other "aggrieved" employees,<br><br>        Plaintiffs,<br><br>    v.<br><br>INDIAN RIVER TRANSPORT CO., a Florida Corporation, and DOES 1-10, inclusive,<br><br>        Defendants. | CIV. NO. 1:14-1415 WBS BAM<br><br>ORDER |

----oo0oo----

Before the court is plaintiffs' Notice of Request to Appear Telephonically filed November 30, 2016. (Docket Nos. 40, 42). The court notes that the pretrial conference date of December 5, 2016 was set by the court upon the parties' stipulation on January 29, 2016, almost a year ago, yet plaintiffs' counsel now seeks to appear telephonically on the eve

1

of the date set for conference.  Further, except in extraordinary circumstances not present here, it is not the practice of this court to conduct a pretrial conference telephonically, as the pretrial conference is tantamount to the first day of trial. See Fed. R. Civ. P. 16(e) (the pretrial conference "must be attended by at least one attorney who will conduct the trial for each party").  Thus, the request to appear telephonically is DENIED.

If counsel does not wish to attend the conference on the date set, the court will consider a motion to continue the pretrial conference as well as the trial, if necessary, upon stipulation of the parties.  The parties should consult the Eastern District of California's website for available dates for the pretrial conference, should the parties agree to reset the conference.  Absent any such stipulation, the pretrial conference set for December 5, 2016 will be held as scheduled and counsel for both parties shall personally appear.

IT IS SO ORDERED.

Dated:  December 1, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2