UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TODD SHOOK, HERSCHEL BERRINGER on behalf of himself and others similarly situated, and on behalf of all other "aggrieved" employees,<br><br>        Plaintiffs,<br><br>   v.<br><br>INDIAN RIVER TRANSPORT CO., a Florida Corporation, and DOES 1-10, inclusive,<br><br>        Defendants. | CIV. NO. 1:14-1415 WBS BAM<br><br>ORDER |

----oo0oo----

Before the court are defendant's Suggested Modifications to the December 7, 2016 Final Pretrial Order. (Docket No. 47).  Any response or opposition by plaintiffs to the proposed modifications shall be filed within seven days of the date of this order.  If the court receives no response or opposition from plaintiffs within seven days, the court will

1

grant defendant's request and modify the final pretrial order accordingly.

SO ORDERED.

Dated: December 19, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE