UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TODD SHOOK, HERSCHEL BERRINGER on behalf of himself and others similarly situated, and on behalf of all other "aggrieved" employees, | CIV. NO. 1:14-1415 WBS BAM |
| | ORDER |
| Plaintiffs, | |
| v. | |
| INDIAN RIVER TRANSPORT CO., a Florida Corporation, and DOES 1-10, inclusive, | |
| Defendants. | |

----oo0oo----

Before the court are defendant's Suggested Modifications to December 7, 2016 Final Pretrial Order filed December 14, 2016.  (Docket No. 47).  On December 19, 2016, the court ordered that plaintiffs file any response or opposition to the proposed modifications within seven days.  (Docket No. 48.) The December 19, 2016 order also explained that if plaintiffs

1

1  filed no response or opposition, the court would grant

2  defendant's request and modify the final pretrial order

3  accordingly.  Plaintiffs filed no response to defendant's

4  proposed modifications.  Accordingly, the court hereby ORDERS as

5  follows:

6        1.  Exhibit B of the Pretrial Order is amended to

7  include additional California resident drivers who performed work

8  for defendant out of its Turlock, California facility and who

9  received Safe Harbor payments from defendant.

10        2.  Exhibit B of the Pretrial Order is also amended

11  to note that Mark Gressett, Safety Director for defendant, will

12  provide testimony regarding when and how these payments were made

13  and to whom.

14        3.  Exhibit D of the Pretrial Order is amended to

15  allow defendant to present evidence with respect to defendant's

16  Safe Harbor payments, including (1) each letter mailed by

17  defendant to each driver regarding the payment he or she received

18  and (2) copies of the checks provided to each driver evidencing

19  the Safe Harbor payments.

20        4.  Exhibit D of the Pretrial Order is also amended to

21  include a copy of the recording of defendant's notice to elect

22  the Safe Harbor, as recorded by the California Department of

23  Industrial Relations and as available on its website.

24        5.  Exhibit B of the Pretrial Order is also amended to

25  include Shannon Ross, Terminal Manager for defendant, as an

26  additional witness.  Mr. Ross will provide testimony regarding

27  how much time California resident drivers spend outside of

28  California.

6. The parties may submit supplemental or amended trial briefs if Congress amends the Federal Aviation Administration Authorization Act after the parties submit their opening trial briefs.

IT IS SO ORDERED.

Dated: January 3, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE