UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TODD SHOOK, HERSCHEL BERRINGER on behalf of himself and others similarly situated, and on behalf of all other "aggrieved" employees,<br><br>     Plaintiffs,<br><br>     v.<br><br>INDIAN RIVER TRANSPORT CO., a Florida Corporation, and DOES 1-10, inclusive,<br><br>     Defendants. | CIV. NO. 1:14-1415 WBS BAM<br><br>ORDER |

----oo0oo----

In addition to the other requirements of the Pretrial Order, on or before the first day of trial counsel for each side shall lodge with the court a proposed form of judgment that they wish to have entered at the conclusion of the trial.

IT IS SO ORDERED.

Dated: February 3, 2017

*/s/ William B. Shubb*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE