UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TODD SHOOK and HERSCHEL BERRINGER, on behalf of themselves and all others similarly situated, and on behalf of all other "aggrieved" employees,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>INDIAN RIVER TRANSPORT CO., a Florida Corporation, and Does 1-10, inclusive,<br><br>　　　　Defendants. | NO. 1:14-CV-1415 WBS BAM<br><br><br><br>ORDER RELATING CASES |
| CHARLES W. COOLEY, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INDIAN RIVER TRANSPORT CO., a Florida Corporation, and DOES 1 through 10, inclusive, | NO. 1:18-CV-491 DAD SAB |

1

| | |
|---|---|
| | Defendants. |

----oo0oo----

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because both cases involve the same defendant and are based on the same or similar claims. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated Shook v. Indian River Transport Co., No. 1:14-CV-1415 WBS BAM, and Cooley v. Indian River Transport Co., No. 1:18-CV-491 DAD SAB, be, and the same hereby are, deemed related. The case denominated Cooley v. Indian River Transport Co., No. 1:18-CV-491 DAD SAB, shall be reassigned to the Honorable WILLIAM B. SHUBB. Any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the captions on documents filed in the reassigned case shall be shown as Cooley v. Indian River Transport Co., No. 1:18-CV-491 WBS BAM.

IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to

compensate for this reassignment.

Dated: April 20, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE